UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE:  CASE NO. 17-10200-TBM
COX, ELAINA MARIE

CHAPTER 13

DEBTOR(S)

## CHAPTER 13 TRUSTEE'S MOTION TO DISMISS

The Standing Chapter 13 Trustee moves to dismiss the case based on the following:

1. The Debtor(s) failed to make the payments required by the Plan.

   A. The Plan and/or current modified Plan requires the Debtor(s) to pay the current sum of $445.00 per month.

   B. The total paid into the Plan through June 12, 2018 is $5,505.00, the last payment having bee received by the Trustee on May 14, 2018.

   C. Payment of $1,780.00 is required to be current through June 12, 2018.

2. The Debtor(s) failure to comply with the requirements for relief under Chapter 13, Title 11, United States Code is prejudicial to creditors.

   WHEREFORE, the Trustee requests that this case be dismissed pursuant to 11 U.S.C. § 1307.

Dated: June 12, 2018   By: /s/ Karen Perse
                       Karen Perse
                       *for* Chapter 13 Trustee
                       4725 S. Monaco St., Ste. 120
                       Denver, CO  80237
                       Phone: 720.398.4444

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE:                                                            CASE NO. 17-10200-TBM
COX, ELAINA MARIE

CHAPTER 13

DEBTOR(S)

## NOTICE OF CHAPTER 13 TRUSTEE'S MOTION TO DISMISS

## OBJECTION DEADLINE: July 3, 2018

YOU ARE HEREBY NOTIFIED that Douglas B. Kiel, Chapter 13 Trustee, has filed a Chapter 13 Trustee's Motion to Dismiss with the bankruptcy court and requests the following relief:

Trustee seeks dismissal of the Chapter 13 case due to non-payment.

If you oppose the motion or object to the requested relief your objection and request for hearing must be filed on or before the objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The court will not consider general objections.

In the absence of a timely, substantiated objection and request for hearing by an interested party, the court may approve or grant the requested relief without any further notice to creditors or other interested parties.

DATED: June 12, 2018                                        By: /s/ Karen Perse
                                                                                           Karen Perse
                                                                                           *for* Chapter 13 Trustee
                                                                                           4725 S. Monaco St., Ste. 120
                                                                                           Denver, CO  80237
                                                                                           Phone: 720.398.4444

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE:                                                      CASE NO. 17-10200-TBM
COX, ELAINA MARIE

                                                               CHAPTER 13

DEBTOR(S)

CERTIFICATE OF SERVICE

I hereby certify that a copy of the Chapter 13 Trustee's Motion to Dismiss, and Notice of Chapter 13 Trustee's Motion to Dismiss was placed in the U.S. Mail, postage pre-paid, on June 12, 2018.

ELAINA MARIE COX
10975 N LOG ROAD
CALHAN, CO  80808

Notice by Electronic Transmission was sent to the following persons/parties:

LAW OFFICE OF JASON BLUST LLC

DATED: June 12, 2018                                          /s/ Janice LeGros
                                                                    Janice LeGros